IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERT ELIZONDO, § | |
|         Plaintiff, § | |
| § | |
| v. § | **CIV. ACTION NO. _____** |
| § | |
| KEPPEL AMFELS L.L.C. § | |
|         Defendant. § | |

## INDEX OF MATTERS FILED

1. ALL EXECUTED PROCESS (EXHIBIT "A")

    A-1   Citation to Keppel Amfels L.L.C.

2. PLEADINGS THAT ASSERT CAUSES OF ACTION AND ALL ANSWERS TO SUCH PLEADINGS (EXHIBIT "B")

    B-1   *Plaintiff Gilberto Elizondo's Original Petition*
    B-2   *Defendant Keppel Amfels, LLC's Original Answer*
    B-3   *Defendant Keppel Amfels, LLC's First Amended Original Answer*

3. ORDERS SIGNED BY STATE JUDGE

    None

4. DOCKET SHEET (EXHIBIT "C")

    C-1   Civil docket sheet

5. LIST OF ALL COUNSEL OF RECORD (EXHIBIT "D")

    D-1   *List of Parties and Respective Counsel of Record*