# EXHIBIT A

AURORA DE LA GARZA
CAMERON COUNTY DISTRICT CLERK
JUDICIAL BUILDING
974 E HARRISON ST
BROWNSVILLE, TX 78520-7123



**Return Receipt (Electronic)**

9214 8901 0661 5400 0041 2139 46

2014-DCL-6663-A

KEPPEL AMFELS LLC
BY SERVING ITS REGISTERED AGENT
GEOK SENG TAN
20000 STATE HIGHWAY 48
BROWNSVILLE, TX 78521-8910

CUT / FOLD HERE

| 2014-DCL-06663-A | 107th District Court |
|---|---|
| Gilberto Elizondo  vs.  Keppel Amfels, L.L.C. | |

## RETURN OF SERVICE

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

6"X9" ENVELOPE
CUT / FOLD HERE

Came to hand **on this the 2nd day of October, 2014** I hereby certify that on **October 02, 2014**, I mailed to **Keppel Amfels LLC   By serving its Registered Agent Geok Seng Tan   20000 South Highway 48 Brownsville TX 78523** by **CERTIFIED MAIL (WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, RETURN RECEIPT REQUESTED)**, a true copy of this CITATION with a copy of the **Plaintiff Gilberto Elizondo's Original Petition** attached hereto.

Aurora De La Garza
District Clerk, Cameron County, Texas

CM: 9214 8901 0661 5400 0041 2139 46

By: _____
Nora Gonzalez, Deputy Clerk

EXHIBIT A-1

## CITATION BY CERTIFIED MAIL

# THE STATE OF TEXAS

## 2014-DCL-6663-A



TO  **Keppel Amfels LLC**
    **By serving its Registered Agent Geok Seng Tan**
    **20000 South Highway 48**
    **Brownsville TX 78523:**

| | | |
|---|---|---|
| **Gilberto Elizondo** | § | IN THE 107TH DISTRICT COURT |
| VS | § | OF |
| **Keppel Amfels, L.L.C.** | § | CAMERON COUNTY, TEXAS |

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."   TRCP. 99

You are hereby commanded to appear by filing a written answer to **Plaintiff Gilberto Elizondo's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 107th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff Gilberto Elizondo's Original Petition** was filed in said court on **September 30, 2014**, in the above entitled cause.

The File Number of Suit Being:   **2014-DCL-06663-A**
The Style of the Case is:        **Gilberto Elizondo vs. Keppel Amfels, L.L.C.**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff Gilberto Elizondo's Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 2nd day of October, 2014.

ATTORNEY:
**Carlos E Hernandez, Jr.**
**200 E Cano ST**
**Edinburg TX  78539-4510**
**PHONE: 956-386-0900**

Aurora De La Garza
District Clerk, Cameron County, Texas

By: _____
**Nora Gonzalez**, Deputy Clerk

AURORA DE LA GARZA
CAMERON COUNTY DISTRICT CLERK
JUDICIAL BUILDING
974 E HARRISON ST
BROWNSVILLE, TX 78520-7123



9214 8901 0661 5400 0041 2139 46

**Return Receipt (Electronic)**

2014-DCL-6663-A

KEPPEL AMFELS LLC
BY SERVING ITS REGISTERED AGENT
GEOK SENG TAN
20000 STATE HIGHWAY 48
BROWNSVILLE, TX 78521-8910

·············· CUT / FOLD HERE ··············

| 2014-DCL-06663-A | 107th District Court |
|---|---|
| Gilberto Elizondo  vs.  Keppel Amfels, L.L.C. | |

### RETURN OF SERVICE

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

6"X9" ENVELOPE
CUT / FOLD HERE

Came to hand **on this the 2nd day of October, 2014** I hereby certify that on **October 02, 2014**, I mailed to **Keppel Amfels LLC   By serving its Registered Agent Geok Seng Tan   20000 South Highway 48 Brownsville TX 78523** by **CERTIFIED MAIL (WITH DELIVERY RESTRICTED TO ADDRESSEE ONLY, RETURN RECEIPT REQUESTED)**, a true copy of this CITATION with a copy of the **Plaintiff Gilberto Elizondo's Original Petition** attached hereto.

Aurora De La Garza
District Clerk, Cameron County, Texas

CM: 9214 8901 0661 5400 0041 2139 46

By: _____
**Nora Gonzalez**, Deputy Clerk