UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERT ELIZONDO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIV. ACTION NO. 1:14-cv-00220 |
| | § | |
| KEPPEL AMFELS, L.L.C. | § | |
| | § | |
| *Defendant.* | § | |

## **ORDER**

The Court granted [Doc. No. 29] Defendant's Motion for Summary Judgment [Doc. No. 19] in the above-named case on October 2, 2015 and denied [Doc. No. 33] Plaintiff's Motion for Reconsideration [Doc. No. 30] on October 13, 2015. These orders closed the case. The Court hereby orders that all hearings in the case be canceled and that the case be closed.

Signed this 23rd day of May, 2016.

_____
Andrew S. Hanen
United States District Judge